UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-92-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO AMEND RELEASE CONDITIONS |
| NOUREDDINE AJANA | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to amend the release conditions of the Defendant pending sentencing, and for good cause shown, it is hereby ORDERED that the Defendant shall be restricted to travel to the Eastern and Southern Districts of New York, the Eastern District of North Carolina, limited travel to Florida as well as Houston Texas.

Paragraph 7(f) of the Order Setting Conditions of Release, filed July 29, 2014, shall be amended to allow travel to Houston Texas. All other conditions remain the same.

IT IS SO ORDERED.

This ___ day of April, 2015.

_____
TERRENCE W. BOYLE
United States District Judge