## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. NOUREDDINE AJANA**                           **Docket No. 7:14-CR-92-1 BO**

#### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, NOUREDDINE AJANA, who was placed under pretrial release supervision by the Honorable Terrence W. Boyle, U.S. District Judge, sitting in the Court at Raleigh, on the April 6, 2015, at the defendant's arraignment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

According to Mr. Ajana's U.S. Probation Officer, Ashley Calvi, in the Eastern District of New York, Mr. Ajana is having difficulty dealing with the stress and anxiety of his criminal situation. She would recommend adding a mental health treatment condition, so that she can refer him for assistance. He has signed a waiver agreeing to add the condition.

**PRAYING THAT THE COURT WILL ORDER** the following condition be added to his conditions of release:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation officer.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610,
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: May 15, 2015

### ORDER OF THE COURT

Considered and ordered the _15_ day of _May_____, 2015, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge