UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Noureddine Ajana            Docket No. 7:14-CR-92-1BO

**Petition for Action on Probation**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Noureddine Ajana, who, upon an earlier plea of guilty to Conspiracy To Traffic Contraband Cigarettes, in violation of 18 U.S.C. § 371, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on July 9, 2015, to 5 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

According to Mr. Ajana's U.S. Probation Officer, Javier Encisco, in the Eastern District of New York, Mr. Ajana benefitted from attending mental health treatment while on pretrial supervision. Therefore, he would recommend that a special condition authorizing mental health treatment to permit the defendant to continue mental health treatment during the probationary term. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall undergo such mental health treatment as directed by Probation. The defendant shall contribute to the cost of services rendered or any psychotropic medications prescribed via co-payment or Full payment in an amount to be determined by the Probation Department based upon the defendant's ability to pay and/or the availability of third-party payment.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-352-6435

Executed On: September 10, 2015

Noureddine Ajana
Docket No. 7:14-CR-92-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __11__ day of __September__, 2015 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge