UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Noureddine Ajana                                        Docket No. 7:14-CR-92-1BO

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Noureddine Ajana, who, upon an earlier plea of guilty to Conspiracy to Traffic Contraband Cigarettes, in violation of 18 U.S.C. § 371, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 9, 2015, to 5 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ajana was ordered to pay restitution in the amount of $1,992,563, jointly and severally with codefendants, in monthly installments of $100 per month. To date, the defendant has not made any payments toward the restitution. The defendant is currently being supervised in the Southern District of Texas. According to a recent financial analysis completed on April 20, 2017, the defendant has a net monthly cash flow of $90. Ajana is otherwise compliant with the conditions of probation, and his failure to pay as ordered is not considered willful. The defendant advised he can begin making restitution payments of $25 per month.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. Payment of restitution shall be made in monthly installments of $25. The probation officer shall take into consideration the defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Robert L. Thornton                          /s/ Jay Kellum
Robert L. Thornton                              Jay Kellum
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                200 Williamsburg Pkwy, Unit 2
                                                Jacksonville, NC 28546-6762
                                                Phone: 910-346-5109
                                                Executed On: May 8, 2017

Noureddine Ajana
Docket No. 7:14-CR-92-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 12 day of May, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge